UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KENNETH WAYNE MOORE                                                             PLAINTIFF

v.                                5:19-cv-00186-JM-JJV

JEFFREY SPEAR, Doctor J.R.M.C.                                     DEFENDANT

## JUDGMENT

Consistent with the Order entered separately today, this case is DISMISSED WITHOUT PREJUDICE. All relief sought is denied, and the case is closed. It is certified that an *in forma pauperis* appeal from this Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

Dated this 14th day of August, 2019.

_____
UNITED STATES DISTRICT JUDGE